JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. KAYE, <br><br> Plaintiff, <br><br> v. <br><br> JOHN HOLLENBECK, et al., <br><br> Defendants. | Case No. SA CV 13-353-GHK (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated:  9/18/13

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE